No. 18-4201

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
*Appellee*,

v.

WILLIAM SCOTT DAVIS, Jr.,
*Defendant-Appellant.*

**On Appeal from the United States District Court for the Eastern District of North Carolina, Western Division, Judge W. Earl Britt**

## MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT-APPELLANT DAVIS

Philip Urofsky
SHEARMAN & STERLING LLP
401 9th Street NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8060
Fax: (202) 508-8100
purofsky@shearman.com

*Appellate Counsel for Defendant-Appellant William-Davis Jr.*

Defendant-Appellant William Scott Davis, Jr. ("Mr. Davis") has requested that his counsel Philip Urofsky and Mark Weiss of Shearman & Sterling LLP ("Counsel") withdraw in their representation of him.

This motion comes after Mr. Davis has demanded that Counsel take numerous actions that they believe are impermissible under this Court's rules and practices and undertake numerous other tasks and representations related to him. Counsel has disagreed with this assessment and refused to waste time and effort on tasks that are outside of the scope of Counsel's limited pro-bono representation.

Further, Mr. Davis has alleged that Counsel is part of a broader conspiracy against him which included his trial counsel, his trial court judge, the Chief Judge of the Fourth Circuit, and the alleged victims of his trial. Counsel has disagreed that any conflict exists, but these arguments have been unable to persuade Mr. Davis otherwise.

Counsel has been diligently gathering documents that are part of Mr. Davis' trial court record and preparing to research and draft appropriate issues for appeal; however, Mr. Davis has determined that Counsel's refusal to abide by his numerous requests—and this alleged conflict of interest—has created an insurmountable obstacle to their ability to represent him and has requested that they withdraw from this representation.

Accordingly, counsel—at Mr. Davis' request—seeks to withdraw. Mr. Davis has requested that he be appointed new counsel that is (1) from a minority-based law firm (it seemed apparent that Mr. Davis would prefer a black attorney) and (2) that law firm should be based in Washington, D.C., Philadelphia, or New York with no ties to the North Carolina federal court system or Fourth Circuit.

Dated: August 14, 2018                    Respectfully submitted,

/s/ Philip Urofsky
Philip Urofsky
SHEARMAN & STERLING LLP
401 9th Street NW, Suite 800
Washington, DC 20004
Telephone: 202-508-8060
Fax: 202-508-8100
purofsky@shearman.com

*Counsel for Defendant-Appellant William Scott Davis, Jr.*

## CERTIFICATE OF SERVICE

    I certify that on August 14, 2018 the foregoing Motion for withdrawal of counsel was served on counsel of record for all parties through the CM/ECF system.

Dated: August 14, 2018

/s/ Philip Urofsky
Philip Urofsky
SHEARMAN & STERLING LLP
401 9th Street NW, Suite 800
Washington, DC 20004
Telephone: 202-508-8060
Fax: 202-508-8100
purofsky@shearman.com

*Counsel for Defendant-Appellant William Scott Davis, Jr.*